# IN THE SUPREME COURT OF THE STATE OF NEVADA

GIA BUFORD, A/K/A GIA JONELLE DAVIS,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 77905

FILED

JAN 3 1 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no decision had been made on the petition when appellant filed her appeal on January 9, 2019. Thus, this appeal is premature. *See* NRS 177.015(3). Accordingly, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

_____

[1]The documents before this court indicate that the district court removed the petition from the calendar on January 29, 2018.

19-04960

cc:    Hon. William D. Kephart, District Judge
Gia Buford
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk